P. Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
415-450-0100 (tel.)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:25-cv-05195-JC |
| Plaintiff, | **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| vs. | |
| EL ENCANTO INC., a Delaware corporation, | |
| Defendant. | |

The parties, by and through undersigned counsel, hereby jointly move for an Order dismissing the above case with prejudice pursuant to Rule 41(a)(1)(A)(ii), with each party bearing their own costs, attorney's fees and expenses. A proposed form of Order is attached.

RESPECTFULLY SUBMITTED this 16th day of September, 2025.

/s/ P. Kristofer Strojnik
P. Kristofer Strojnik (242728)
Attorneys for Plaintiff

/s/ Emma Moralyan
Emma Moralyan
Attorneys for Defendant