**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

THERESA BROOKE,

           Plaintiff,

   v.

EL ENCANTO INC.,

           Defendant.

Case No: 2:25-cv-05195-JC

ORDER GRANTING JOINT MOTION
TO DISMISS WITH PREJUDICE

[DOCKET NO. 17]

    IT IS HEREBY ORDER that the parties' Joint Motion to Dismiss with Prejudice is granted.  This action is dismissed with prejudice.  Each party shall his/her/its own costs, attorney's fees and expenses.

    DATED:  September 17, 2025

                             /s/

                    Honorable Jacqueline Chooljian
                    United States Magistrate Judge